PER CURIAM.

Carlos Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Brown's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Brown v. Angelone,* No. CA–99–837–AM (E.D.Va. filed June 12, 2000; entered June 13, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

PER CURIAM.

Richard L. Barnes, a West Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Barnes v. West Virginia,* No. CA–99–1039–5 (S.D.W.Va. Aug. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Richard L. BARNES, Petitioner–Appellant,

v.

State of WEST VIRGINIA; Fayette County; Danita Young; Southern Regional Jail, Respondents–Appellees.

No. 00–7194.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.

Richard L. Barnes, pro se.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

Antonio M. WALLER, Plaintiff–Appellant,

v.

Catherine PAGE, Psychiatrist, Red Onion State Prison; P. Rasnick, Nurse; Lieutenant Younce; Sergeant Flanary; Sergeant Fowler; Thompson, Prison Guard, Defendants–Appellees,

and

Fred Schilling, Director of Health Services; Correctional Medical Services; John Doe, Defendants.

No. 00–7309.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 17, 2001.